WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey 07095
(732) 636-8000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
AVIRAL RAI AND SANGEETA RAI,

    Plaintiffs,

v.

WB IMICO LEXINGTON FEE, LLC,

    Defendants.

---------------------------------------------------------X

Case No.: 09-CV-9586 (PGG)

**DECLARATION OF
BRIAN J. MOLLOY**

I, BRIAN J. MOLLOY, of full age, hereby declare as follows:

1. I am attorney at law in the State of New York and a shareholder of the law firm of Wilentz Goldman & Spitzer, P.A., attorneys for Plaintiffs Aviral Rai and Sangeeta Rai in the above-captioned matter. The facts set forth herein are true to the best of my personal knowledge.

2. Annexed hereto as Exhibit A is a true and correct copy of the Judgment entered March 31, 2017.

3. Annexed hereto as Exhibit B is a true and correct copy of Adams-Lipa v. TDS Town Homes (Phase 1) LLC, 2009 U.S. Dist. LEXIS 53855 (M.D. Fla. June 25, 2009).

4. Annexed hereto as Exhibit C is a true and correct copy of River Oaks Marine, Inc. v. Town of Grand Island, No. 89-CV-1016S, 1992 WL 406813 (W.D.N.Y. Dec. 10, 1992).

5. Annexed hereto as Exhibit D is at rue and correct copy of <u>Tedder v. Harbour Phase I Owners, LLC</u>, 2009 U.S. Dist. LEXIS 36251 (M.D. Fla. Apr. 17, 2009).

I hereby declare under the penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WILENTZ, GOLDMAN & SPITZER, P.A.
Attorneys for Plaintiffs


By:   /s/ Brian J. Molloy
         BRIAN J. MOLLOY

Dated: April 21, 2017

#9103615.1(153978.001)